# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 15 PH 2:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ Kw H _____ DEPUTY

CUSTOM WINDOW COMPANY,
a Colorado corporation   *plaintiff*

vs

FIFTH AVENUE PARTNERS, LLC,
a California limited liability company;
AWI, INC., a Washington corporation; and
DOES 1-50, inclusive   *Defendants*

## SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1497 L JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael R. Gibson, Esq.
HIGGS, FLETCHER & MACK LLP
401 West "A" Street
Suite 2600
San Diego, California  92101

An answer to the complaint which is herewith served upon you, within  <u>twenty</u>  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By K. HAMMERLY , Deputy Clerk

AUG 15 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S